# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:23-CR-72-1 |
| EDGAR AYON, | |
| Defendant. | |

## ORDER AMENDING CONDITIONS OF RELEASE

Defendant was released on conditions of bond following a hearing in the Eastern District of California on May 10, 2024. This Court has adopted those conditions as the Order of this Court. Defendant made an oral motion to amend the conditions of release to permit Defendant, a truck driver, to engage in work related travel to certain specified locations outside the Eastern District of California and the Southern District of Georgia. The United States has consented to this request. Accordingly, the restriction on Defendant's travel is modified as follows: Defendant may, for purposes of carrying out his employment as a truck driver, also travel throughout the State of California, and to and from the States of Texas, Louisiana, and Kansas. 18 U.S.C. § 3142(c)(3).

SO ORDERED, this 20th day of June, 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

I acknowledge that I am the defendant in this case and that I am aware of these amended conditions of release as well as the original conditions which were put in place on May 10, 2024.  I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed.  I am aware of all of the penalties and sanctions as set forth in my original order of release.

Date: 6/20/24                                    _____
                                                 Edgar Ayon, Defendant